WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy Grismore,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Capital One Financial Services Corporation, Capital One Services, Inc., Capital One Bank,<br><br>　　　　　　　Defendants. | NO. CV-05-2460-PHX-SMM<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Motion to Receive Notice of Electronic Filings by a Party Appearing Without an Attorney. (Dkt. 23.) Good cause having been shown,

　　　　**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion to Receive Notice of Electronic Filings by a Party Appearing Without an Attorney. (Dkt. 23.)

　　　　**IT IS FURTHER ORDERED** that the Clerk shall enter the following e-mail address in the Court's CM/ECF system for purposes of notification only: grismore7442@msn.com.

　　　　DATED this 16th day of August, 2006.

　　　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　United States District Judge