**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy Grismore, ) | No. CIV 05-2460-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Capital One F.S.B., Capital One Services, ) Inc., and Capital One Bank, ) | |
| Defendants ) | |

Having considered the request of Defendants Capital One F.S.B., Capital One Services, Inc., and Capital One Bank, (collectively referred to as "Capital One") to allow their representative to appear telephonically at the Rule 16 Preliminary Pretrial Conference scheduled for August 20, 2007 at 4:00 p.m. before this Court, and for good cause shown,

**IT IS HEREBY ORDERED** that Capital One's representative, located in Richmond, Virginia, may appear telephonically at the August 20, 2007 Rule 16 Conference. Capital One's representative shall call the Court on a clear telephone line at 3:55 p.m. Mountain Standard Time at 602-322-7555.

DATED this 14th day of August, 2007.

_____
Stephen M. McNamee
United States District Judge