**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy Grismore,<br><br>  Plaintiff,<br><br>v.<br><br>Capital One F.S.B., Capital One Services, Inc., and Capital One Bank,<br><br>  Defendants | No. CIV 05-2460-PHX-SMM<br><br>**ORDER** |

Pending before the Court is *pro se* Plaintiff Kathy Grismore's Motion to File Electronically (Doc.55), good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion to File Electronically (Doc.55).

DATED this 29th day of August, 2007.

Stephen M. McNamee
United States District Judge