**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy Grismore, ) | No. CV 05-2460-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Capital One F.S.B., Capital One Services,) Inc., Capital One Bank, ) | |
| ) | |
| Defendants ) | |
| _____) | |

     Pending before the Court is Plaintiff Kathy Grismore's Motion for Leave to File a Second Amended Complaint (Doc. 65). Defendants contend, and this Court agrees, that despite the liberal interpretation of Rule 15 of the Federal Rules of Civil Procedure, Plaintiff has failed to establish that she acted diligently to amend her Complaint or that good cause exists to justify granting leave to Plaintiff to amend her Complaint this late in the litigation stage.

     More specifically, Plaintiff fails to provide explanation as to why the new allegations, facts and single claim could not have been raised in the original complaint, her first amended complaint, or closer to the commencement of discovery-thereby avoiding undue delay and prejudice to Defendants. Plaintiff's proposed amendment will delay proceedings, as discovery is scheduled to cease on February 8, 2008; yet with an amended complaint, Defendants will need additional time to conduct discovery relevant to the new facts,

allegations, and claim[1] included therein. Moreover, Defendants will be susceptible to substantial additional litigation expenses with filing an additional Answer to the proposed Second Amended Complaint and conducting additional discovery. Plaintiff has had more than two years since the commencement of this trial to establish her claims, and the Court finds that some of the information Plaintiff seeks to include at this point was available at least as early as August 2006, however the majority of the new information was available at the time she drafted her *earlier* complaints, and thus the Complaint should have been amended at an earlier date.[2]

Accordingly,

**IT IS HEREBY ORDERED DENYING** Plaintiff's Motion for Leave to Amend her Complaint (Doc. 65).

DATED this 26th day of November, 2007.

_____
Stephen M. McNamee
United States District Judge

---

[1] The new claim is that Defendants violated § 1681s-2(b) of the FCRA by "knowingly or should have known or consciously avoided knowing that information reported to Equifax in August of 2006 was false and by failing to properly investigate after notice of dispute." (Doc. 66)

[2] The Court notes that in its Order of March 13, 2007, (Doc. 43) Plaintiff was advised that if she wished to amend any of the counts included in her First Amended Complaint of which the Court Dismissed without prejudice, she had until March 26, 2007 to do so. Despite this, and despite the availability of the information at the time, Plaintiff made no attempt at that point to amend her Complaint for any reason.