**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kathy Grismore, | ) | No. CV 05-2460-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Capital One F.S.B., Capital One Services, Inc., Capital One Bank, | ) | |
| Defendants | ) | |

Upon Stipulation of the parties (Doc. 86) and good cause appearing,

**IT IS HEREBY ORDERED**, that Capital One Defendants shall have until, and including, **February 22, 2008**, to file their Response to Plaintiff's Motion for Summary Judgment in this matter.

DATED this 9th day of January, 2008.

Stephen M. McNamee
United States District Judge