**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy Grismore,<br><br>                    Plaintiff,<br><br>v.<br><br>Capital One F.S.B., Capital One Services, Inc., and Capital One Bank,<br><br>                    Defendants | No. CIV 05-2460-PHX-SMM<br><br>**ORDER** |

Having considered Capital One Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment (Doc. 101), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Capital One's Response to Plaintiffs' Motion for Summary Judgment is now due no later than **March 14, 2008.**

DATED this 11th day of February, 2008.

Stephen M. McNamee
United States District Judge