**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy Grismore, ) | No. CIV 05-2460-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Capital One F.S.B., Capital One Services, ) Inc., and Capital One Bank, ) | |
| Defendants ) | |

Currently before the Court is the Notice of Service of Supplemental Responses to Defendants' Requests for Discovery filed by Plaintiff Kathy Grismore (Doc. 106). Therein, Ms. Grismore once again objects to Interrogatory 16, despite the order of the Court entered on February 4, 2008 explicitly ordering Plaintiff to produce the requested unredacted credit reports and tax returns no later than February 15, 2008. Consequently, the Court finds that Plaintiff's renewed objections amount to a Motion to Reconsider it's previous Order regarding said matters.

After reviewing the objections raised by Plaintiff in her supplemental response, the Court maintains that Defendants' requests in Interrogatory 16 are proper, and thus Plaintiff must produce her tax returns for the last seven years, as well as her unredacted credit reports, no later than **Friday, February 29, 2008.** In the event that Plaintiff fails to comply with this Order, the Court may sanction her by striking pleadings, terminating the action by dismissal, and or directing her to pay expenses including attorneys fees caused by her failure to comply

1 with the discovery orders entered by this Court.. Fed.R.Civ.P. 37(b)(2)(C); *United States v.*
2 *Kahaluu Const. Co.*, 857 F2d 600, 602 (9th Cir. 1988).[1]
3     Accordingly,
4     **IT IS HEREBY ORDERED** that Plaintiff shall produce her tax returns and
5 unredacted credit reports **no later than February 29, 2008.**
6     DATED this 22nd day of February, 2008.

Stephen M. McNamee
United States District Judge

---

[1] Plaintiff is advised that, as to procedural matters, this Court is bound only by Ninth Circuit law. As to substantive matters, this Court is bound only by Arizona state law. *Erie R. Co. v. Tompkins*, 304 U.S. 64 (U.S. 1938). Thus, the citation to law from any other jurisdiction **does not further Plaintiff's arguments**.