**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kathy Grismore, | ) | No. CIV 05-2460-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Capital One F.S.B., Capital One Services, Inc., and Capital One Bank, | ) ) ) | |
| | ) | |
| Defendants | ) | |

Currently pending before this Court is Plaintiff's Motion to Proceed in forma pauperis for appeal (Doc. 127). After reviewing the motion and the response thereto, the Court issues the following ruling.

Title 28 U.S.C. § 1915 provides that "[a]ny court of the United States *may* authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees and costs or security therefor." (Emphasis added.) However, as was articulated by the Supreme Court in *In re McDonald,* 489 U.S. 180, 183 (1989), paupers filing *pro se* petitions are not subject to the financial considerations (filing fees and attorney's fees) that tend to deter other litigants from filing frivolous petitions. *Id.* Moreover, every paper filed with the Clerk of the Court, regardless of how repetitious or frivolous, requires the use of the institution's limited resources. *Id.* Furthermore, it is the Court's responsibility to see that these resources are allocated in a way that promotes the interests of justice. *Id.* Plaintiff's continual filing of baseless causes of action in this and several other Courts in the United States District Court, for the District of

Arizona,[1] as well as Plaintiff's flagrant disregard for the Federal and Local Rules and failure to comply with orders from this and other courts[2] has wasted and will continue to waste valuable and limited resources. Morever, Plaintiff's repetitive and blatant failure to comply with this Court's orders which has resulted in prejudice to defendants has established that there is a lack of good faith on the part of Plaintiff in filing this appeal. Consequently, pursuant to Title 28 U.S.C. § 1915(a)(3) (an appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith), Plaintiff's motion to proceed in forma pauperis for the purpose of filing an appeal of this Court's dismissal of her action is **DENIED**.

Accordingly,

**IT IS HEREBY ORDERED DENYING** Plaintiff's Motion to Proceed in forma pauperis for appeal (Doc. 127).

DATED this 26th day of March, 2008.

_____
Stephen M. McNamee
United States District Judge

---

[1] Plaintiff is no stranger to litigation or depositions. She has been involved as a plaintiff in seven (7) other federal lawsuits and as a defendant in one (1) federal lawsuit.

[2] This is not Plaintiff's first refusal to comply with Court orders. Plaintiff previously was uncooperative and refused to answer background questions during a deposition as demonstrated in *Grismore v. United Recovery Systems*, 2:05-CV-2094 (D. Ariz. 2006). In *United Recovery Systems*, a case also involving the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.*, Plaintiff refused to answer background questions about her schooling, her job, her marriage and divorce, other lawsuits, her credit, and many other questions. [Id. 6:18-20; 7:10-21; 15:24-16:14.] The court ordered that Plaintiff respond to all questions as outlined, and sanctioned her with the cost of United Recovery System's reasonable attorneys' fees and fees that may be incurred in re-scheduling the deposition. Subsequent to the Court Order, Plaintiff continued to be uncooperative and continued evading many of the questions.